failure to prosecute in accordance with the rules.

**LUCENT TECHNOLOGIES, INC.,**
**Plaintiff–Cross Appellant,**

v.

**NEWBRIDGE NETWORKS CORPO-**
**RATION and Newbridge Networks,**
**Inc., Defendants–Appellants.**

Nos. 02–1456, 01–1476.

United States Court of Appeals,
Federal Circuit.

Oct. 23, 2002.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**PORTABLE WATER SUPPLY**
**SYSTEMS CO., LTD.,**
**Appellant,**

v.

**AGENCY FOR INTERNATIONAL**
**DEVELOPMENT, Appellee.**

No. 02–1489.

United States Court of Appeals,
Federal Circuit.

Oct. 23, 2002.

ORDER

Order vacated, see 2002 WL 31769500.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.